IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

CASE NO.  **20-cr-00313-CMA-GPG**

**UNITED STATES OF AMERICA**,

       Plaintiff,

v.

**1. DARRELL HOLMAN,**

       Defendant.

___

**MOTION FOR A JUDICIAL DETERMINATION
OF DEFENDANT'S MENTAL COMPETENCY**
___

COMES NOW the defendant, Darrell Holman, by and through counsel, David L. Owen, Jr., in accordance with Rule 47, Fed. R. Crim. P., and moves this Court, pursuant to Title 18 U.S.C. §4241(a) and (b), for a judicial determination of defendant's mental competency. Accordingly, counsel for defendant respectfully moves this Court to order a mental examination of defendant by a local licensed psychiatrist or psychologist, for a period of sixty (60) days, or longer if necessary, by at least one qualified psychiatrist or psychologist, who shall prepare and submit a written report to this Court concerning the defendant's mental ability to understand the proceedings presently pending against him and to properly assist counsel in his own defense.

**SUGGESTIONS IN SUPPORT OF MOTION FOR A JUDICIAL
DETERMINATION OF DEFENDANT'S MENTAL COMPETENCY**

1) On August 28, 2020, the government filed with the United States District Court for the District of Colorado a Criminal Complaint charging the defendant, Mr. Holman, with violation of Title 18 U.S.C. § 875(c), that is, knowingly and intentionally transmitting in interstate commerce a threatening communication to injure the person of another (Doc 1).

2) Also on August 28, 2020, the Court issued an Arrest Warrant (Doc. 2).

3) On September 3, 2020, the defendant, Mr. Holman, made his Initial Appearance, via VTC,. The Court appointed counsel to represent Mr. Holman. A detention hearing was scheduled for September 8, 2020 before the Honorable Gordon P. Gallagher, United States Magistrate Judge for the District of Colorado (Doc. 6).

4) On September 8, 2020, attorney Ashley Nicole Whitham entered her appearance on behalf of Mr. Holman (Doc. 9).

5) Also on September 8, 2020, a Detention Hearing was held and Mr. Holman was released on $10, 000.00 unsecured bond with the standard conditions. A preliminary hearing was scheduled for September 16, 2020 (Doc. 10).

6) On September 16, 2020, a Preliminary Hearing was held and Magistrate Judge Gallagher found there was probable cause. In anticipation of an Indictment being returned by the Grand Jury an Arraignment and Discovery Conference were scheduled for October 7, 2020 (Doc. 15).

7) On October 2, 2020, an Indictment charging defendant Darrell Holman in 3 Counts of violating of Title 18 U.S.C. § 875(c).

8) On October 7, 2020, Mr. Holman appeared for the Arraignment and Discovery Conference. Mr. Holman entered a plea of Not Guilty to each of the Counts

contained in the Indictment. Magistrate Judge Gallagher directed the parties to contact the chambers of the Honorable Christine A. Arguello, United States District Court Judge for the District of Colorado to obtain trial setting dates (Doc. 18).

9) On November 3, 2020, the Court Ordered Pretrial Motions by the defense are due by November 16, 2020; Final Trial Preparation Conference is set for December 2, 2020, with a Five-day Jury Trial scheduled to begin on December 14, 2020 at the United States Courthouse located at 901 19th Street, Denver, Colorado (Doc. 21).

10) On November 20, 2020, The court, pursuant to General Order 2020-19 determined a delay of 90 days is reasonable and excluded from the trial date of December 14, 2020, and rescheduled the Final Trial Preparation Conference for February 23, 2021, with the Jury Trial rescheduled to March 8, 2021 (Doc. 22)

11) On February 16, 2021, in response to an Ends of Justice Continuance Motion by the defense (Doc. 33) the Court rescheduled the Final Trial Preparation Conference to April 28, 2021, and rescheduled the Five-day Jury Trial to May 3, 2021 (Doc. 34)

12) On April 9, 2021, counsel for the defendant filed a Motion to Withdraw as Attorney for Mr. Holman (Doc. 35).

13) On April 20, 2021, a hearing on the Motion to Withdraw as Attorney for defendant was heard by the Court. The motion was Granted. The Court also Ordered the appointment of conflict-free counsel from the Criminal Justice Act panel (Doc. 39)

14) On April 20, 2021, the undersigned counsel entered his appearance on behalf of defendant Darrell Holman (Doc. 40).

15) Counsel has met with the defendant. While speaking with the defendant, the undersigned became aware of his disjointed thought processes and inappropriate responses to questions posed to him and believes that he is unable to assist his attorney in the preparation of a defense to the charges contained in the Indictment (Doc. 16).

WHEREFORE, counsel for defendant respectfully requests this Court, pursuant to Title 18 U.S.C. §4142(a) & (b), to order a mental examination of defendant by a local licensed psychiatrist or psychologist, for a period of sixty (60) days, or longer if necessary. Thereafter, a written report shall be submitted to this Court based upon the findings and opinions of said psychiatrist or psychologist concerning the defendant's mental ability to understand the proceedings presently pending against him and to properly assist the undersigned in his own defense.

Dated: May 3, 2021

Respectfully submitted,

/s/ David L. Owen, Jr.
DAVID L. OWEN, JR. #39669
Law Office of David L. Owen, Jr., P.C.
718 Huntington Place
Highlands Ranch, CO 80126-4730
Telephone: (303) 993-7092
FAX: (303) 265-9202
davidowen@lodopc.com
Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on May 3, 2021, I electronically filed the foregoing **ENTRY OF APPEARANCE** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

AUSA Peter Hautzinger - peter.hautzinger@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non-CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

Darrell Holman

            /s/ David L. Owen, Jr.
            DAVID L. OWEN, JR.